

```
FILED
JUL 15 2016
CLERK, US DISTRICT COURT
NORFOLK, VA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:14CR134 |
| ) | |
| AMIN JASON CARL GARCIA ) | |
| ) | |
| *Defendant.* ) | |

### RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of $ 700,000.00.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward all restitution payments to the victim, S.G., whose identity and contact information are provided on the sealed attachment to this Order.

4. Interest:

   _____ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $_____ per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510-1811.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

_____
Raymond A. Jackson
Honorable Raymond A. Jackson
United States District Judge

ENTERED this 15th day of July, 2016.

at Norfolk, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

_____ 7/14/16
Elizabeth M. Yusi
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone - 757-441-6331
elizabeth.yusi@usdoj.gov

SEEN AND AGREED:

_____ 7-14-16
Amin Jason Carl Garcia
Defendant

_____ 7/14/2016
Fernando Groene
Counsel for Defendant
364 McLaws Circle, Suite 1A
Williamsburg, Virginia 23185
Telephone – 757-603-6173
fgroene@groenelaw.com

2